UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA JOAQUINA ENAMORADO MEJIA,<br><br>          Petitioner,<br><br>     v.<br><br>CHRISTOPHER CHESTNUT, et. al.,<br><br>          Respondents. | No.  1:26-cv-00367-DJC-DMC-HC<br><br><br>ORDER |

   Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). Pursuant to 28 U.S.C. § 2243, the court will order Respondent to file a response to the pending petition.

   In accordance with the above, IT IS HEREBY ORDERED that:

   1. Respondent is directed to file a response within 60 days. Respondent shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

/ / /

/ / /

/ / /

1

1  ///

2      2. Petitioner's reply, if any, is due on or before 30 days from the date Respondent's
3      response is filed.

5  Dated: January 26, 2026

                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE